# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201800068

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JARED S. JOHANSEN
Corporal (E-4), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Michael D. Libretto, USMC.
Convening Authority: Commanding General, 2d Marine Aircraft
Wing, II Marine Expeditionary Force, Cherry Point, NC.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Edward J. Danielson, USMC.
For Appellant: Commander Mark Takla, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 31 May 2018

_____

Before HUTCHISON, SAYEGH, and STINSON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court